■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT C. COHEN, Appellant.— Appeal by defendant from a judgment of the former County Court, Queens County, rendered November 7, 1960 after a jury trial, convicting him of possession with intent to sell and distribute an obscene magazine (Penal Law, § 1141), and imposing sentence. Judgment reversed on the law; indictment dismissed; fine directed to be remitted; and bail directed to be exonerated. The findings of fact implicit in the verdict are affirmed. We are constrained by the determinations in *Sunshine Book Co.* v. *Summerfield* (355 U. S. 372) and *Matter of Excelsior Pictures Corp.* v. *Regents* (3 N Y 2d 237, mot. for rearg. den. 3 N Y 2d 942) to hold that the 1958 Annual Edition of the magazine "Sunshine and Health" is not obscene. If we were not required as matter of law to reach such conclusion, we would have affirmed the judgment. (For decision on motion to dismiss indictment, see 22 Misc 2d 722; and for decision on motion for certificate of reasonable doubt, see 208 N. Y. S. 2d 49.) Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUISE DE PASCALIS, Respondent, v. ALFRED DE PASCALIS, Appellant.— In a habeas corpus proceeding by the petitioner mother to obtain the custody of a nine-year-old child, the defendant father appeals from a judgment of the Supreme Court, Richmond County, entered September 10, 1964, which sustained the writ and *inter alia* awarded custody of the child to the mother. Judgment reversed on the law, without costs, and proceeding remitted to the Special Term for the purpose of: (1) holding a new hearing; and (2) making a determination *de novo*, on the basis of the proof adduced upon such hearing, of the issues raised by the pleadings. No questions of fact have been considered. We are of the opinion that the court erred in excluding evidence offered by the father with respect to the mother's conduct and behavior with others, which would reflect on her fitness to have the custody of their nine-year-old child. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ RICHARD C. ROSS, as Executor of ADRIAN BEDDINI, Deceased, Appellant, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent.— In a proceeding with respect to an arbitration award in claimant's favor, in which the claimant moved to confirm the award and the MVAIC cross-moved to vacate it, the claimant appeals from an order of the Supreme Court, Westchester County, entered May 11, 1964, which denied his motion and granted the MVAIC's cross motion and vacated the award. Order affirmed, without costs (*Kennedy* v. *MVAIC*, N. Y. L. J., June 22, 1964, p. 15, col. 3). Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.